**M.R. MIKKILINENI, Plaintiffs–Appellant,**

v.

**Robert STOLL, Commissioner of Patents, Defendant–Appellee.**

No. 2010–1362.

United States Court of Appeals, Federal Circuit.

Sept. 13, 2010.

## ON MOTION

## ORDER

M.R. Mikkilineni moves to expedite the assignment of this case to an oral argument calendar.

Upon consideration thereof,

It Is Ordered That:

The motion is granted to the extent that the case will be assigned to the next available calendar.